■ DAVID LEATHERS et al., Appellants, v ZAEPFEL DEVELOPMENT COMPANY, INC., et al., Respondents. (Appeal No. 1.) [992 NYS2d 917]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 25, 2013. The order, among other things, granted the motion of defendants for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.